_____

PFIZER, INC, PHARMACIA       :
UPJOHN COMPANY AND           :
PFIZER HEALTH AB,              :     **UNITED STATES DISTRICT COURT**
                                   :        **DISTRICT OF NEW JERSEY**
       **Plaintiff(s),**       :
                                     :      **Hon. Dennis M. Cavanaugh**
      **-vs-**                :     **Civil Action No. 07-174 (DMC)**
                                     :
**IVAX PHARMACEUTICALS, INC.,**    :
                                     :        <u>**ORDER**</u>
       **Defendant(s).**      :
_____ :

      **THIS MATTER** having come before the Court on: (1)defendants IVAX Pharmaceuticals, Inc. and Teva Pharmaceuticals, USA Inc.'s application for leave to present Joseph G. Cannon, Ph.D. as an expert witness at trial, and (2) plaintiffs Pfizer Inc., Pharmacia & Upjohn Company and Pfizer Health AB's motion for a protective order precluding Dr. Cannon's access to Pfizer's confidential information (Docket Entry No. 102); and the Court having considered the parties' submissions; and for the reasons set forth in the Letter Opinion accompanying this Order; and for good cause shown;

      **IT IS** on this 29th day of June, 2009

      **ORDERED** that defendants' application is **denied**; and it is further

      **ORDERED** that plaintiffs' motion is **granted**.


                                             /s/ Mark Falk
                                             **MARK FALK**
                                             **United States Magistrate Judge**


Orig.:   Clerk of the Court
cc:      Hon. Dennis M. Cavanaugh, U.S.D.J.
          All Parties
          File