

GREENBERG, LLC

Newark • Chicago

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

April 30, 2010

**VIA ECF AND HAND DELIVERY**
Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court
U.S. Post Office & Courthouse
1 Federal Square
Newark NJ 07102

    Re:    **Pfizer Inc., et al. v. IVAX Pharmaceuticals USA, Inc., et al.
Civil Action No. 07-174 (DMC)(MF)**

Dear Judge Cavanaugh:

    This firm is counsel for defendants in the referenced matter. As discussed with Your Honor's law clerk yesterday, the parties have agreed to a further extension of time, until May 7, 2010, for defendants to file opposition to plaintiffs' pending motion for costs. If this extension is acceptable to the Court, we ask that you "so order" this letter and have it entered on the docket.

    We appreciate the Court's consideration of this request.

Respectfully,

Michael E. Patunas

MEP:emp

cc:    All Counsel (via e-mail)

SO ORDERED THIS 5th DAY OF May, 2010

_____
Honorable Dennis M. Cavanaugh, U.S.D.J.

235747 v1