UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PFIZER INC., PHARMACIA & UPJOHN COMPANY, and PFIZER HEALTH AB,<br><br>Plaintiffs,<br><br>v.<br><br>IVAX PHARMACEUTICALS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| IVAX PHARMACEUTICALS, INC., and TEVA PHARMACEUTICALS USA, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>PFIZER INC., PHARMACIA & UPJOHN COMPANY, and PFIZER HEALTH AB,<br><br>Counterclaim-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. 07-CV-0174 (DMC) (MF)

### JOINT STIPULATED ORDER AS TO PFIZER'S BILL OF COSTS

**WHEREAS**, Plaintiffs Pfizer Inc., Pharmacia & Upjohn Company, and Pfizer Health AB (collectively "Pfizer") having filed a Motion for Bill of Costs pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Civil Rule 54.1 on March 18, 2010 (Docket Entry 192); and

**WHEREAS**, Defendants IVAX Pharmaceuticals, Inc. and Teva Pharmaceuticals USA, Inc. (collectively "IVAX") and Pfizer having agreed to an amount to resolve Pfizer's currently pending Motion for Bill of Costs.

**WHEREAS**, Pfizer having agreed to withdraw its Motion for Bill of Costs based on that agreement.

**IT IS THEREFORE STIPULATED** that IVAX shall pay Pfizer the agreed upon amount and Pfizer's Motion for Bill of Costs shall be dismissed.

**SO STIPULATED** this 14th day of May, 2010:

| For Plaintiffs Pfizer Inc., Pharmacia & Upjohn Company, and Pfizer Health AB | For Defendants IVAX Pharmaceuticals, Inc. and Teva Pharmaceuticals USA, Inc. |
| --- | --- |
| David E. De Lorenzi, Esq.<br>Sheila F. McShane, Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Telephone: (973) 596-4500<br><br>Dimitrios T. Drivas<br>Jeffrey J. Oelke<br>Adam Gahtan<br>James S. Trainor, Jr.<br>Alison Hanstead<br>Ryan Johnson<br>**WHITE & CASE LLP**<br>1155 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 819-8200 | Allyn Z. Lite<br>Michael E. Patunas<br>**LITE DEPALMA GREENBERG, LLC**<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: (973) 623-3000<br><br>John C. Englander<br>Don M. Kennedy<br>Elaine H. Blais<br>**GOODWIN PROCTER LLP**<br>Exchange Place<br>53 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 570-1000 |

**SO ORDERED** this 19 day of May, 2010,

_____
Honorable Dennis M. Cavanaugh, U.S.D.J.